IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RONALD L. BRICKER,<br><br>　　　　　Plaintiff,<br><br>　　　　　v.<br><br>PAUL J. STOWITZKY;  FRED J. RUFFO; DEBRA K. SAUERS;  RHONDA OSOKO; JAMES STILES;  DONNA BONNER;  EDWARD P. PAVLICK;  JACQUELINE S. MARQUARDT; OFFICER HARVEY;  MS. JANET KIMMELL; DEPUTY NEISWONGER;  CO. JOHN DOE; JEFFERY A. BEARD;  MR. MARTIN;  WILLIAM STICKMAN;  GEORGE MESAROS; and MR. COLE, *All Defendants herein, "In their individually and in their Official Capacities"*,<br><br>　　　　　Defendants. | Civil Action No.  06 - 1704<br><br>Judge Arthur J. Schwab /<br>Magistrate Judge Lisa Pupo Lenihan<br><br>Doc. No. 9 |

## ORDER

Plaintiff, Ronald L. Bricker, a prisoner at S.R.C.F. Mercer, has filed a Complaint (Doc. No. 5) which is in the process of being served on the Defendants. No responsive pleadings have been filed. Plaintiff has filed a Motion to Amend the caption and the body of his complaint.(Doc. No. 9). As no responsive pleading has been filed, leave of court is not necessary for Plaintiff to file an amended complaint. However, it appears that Plaintiff wishes to file a sort of supplement to his original complaint, adding both defendants and allegations. This will only lead to confusion. Plaintiff may, without leave of Court, file an Amended Complaint, setting forth all named defendants and all allegations he wishes to assert. This document may be filed at any time prior to a responsive pleading being filed by defendants. Therefore,

**IT IS ORDERED**, this 13th day of April, 2007, that the Motion for Leave is **DENIED** as moot.

**AND IT IS FURTHER ORDERED** that the parties are allowed ten (10) days from this date to appeal this order to a district judge pursuant to Local Rule 72.1.3 B. Failure to appeal within ten (10) days may constitute waiver of the right to appeal.

Lisa Pupo Lenihan
U.S. Magistrate Judge

cc: RONALD L. BRICKER
FQ-9611
SRCF-Mercer
801 Butler Pike
Mercer, PA 16137